LINK: 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-5254 GAF (RZx) | Date | July 30, 2010 |
|---|---|---|---|
| Title | Cesar Diwa v. Saxon Mortgage Services, Inc. et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Chris Silva for Renee Fisher | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**       (In Chambers)

### ORDER TO SHOW CAUSE

### I.
### INTRODUCTION & BACKGROUND

       On July 15, 2010, Plaintiff Cesar Diwa ("Plaintiff") filed this putative class action against defendant Saxon Mortgage Services, Inc. ("Saxon").  Plaintiff alleges Saxon maintains a policy and practice of improperly charging late fees in violation of California law.  (Compl. ¶¶ 1-2.)  According to the complaint, the claims fall within this Court's subject matter jurisdiction pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332.  (Id. ¶ 16.)  However, Plaintiff's present allegations supporting this Court's jurisdiction are deficient.

### II.
### DISCUSSION

       "As a threshold matter, CAFA applies to 'class action' lawsuits where the aggregate number of members of all proposed plaintiff classes is 100 or more persons and where the primary defendants are not 'States, State officials, or other governmental' entities against whom the district court may be foreclosed from ordering relief."  Serrano v. 180 Connect, Inc., 478 F.3d 1018, 1020 (9th Cir. 2007) (citing 28 U.S.C. § 1332(d)(5)).  "Once the prerequisites of § 1332(d)(5) are satisfied, CAFA vests federal courts with 'original' diversity jurisdiction over class actions if: (1) the aggregate amount in controversy exceeds $5,000,000, and (2) any class member is a citizen of a state different from any defendant."  Id. at 1020-21 (citing 28 U.S.C. § 1332(d)(2)).

**LINK: 1**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 10-5254 GAF (RZx) | Date | July 30, 2010 |
|---|---|---|---|
| Title | Cesar Diwa v. Saxon Mortgage Services, Inc. et al | | |

#### A. ONE HUNDRED OR MORE PERSONS

Here, Plaintiff alleges that this is a "class action" lawsuit "on behalf of [Plaintiff] and all other similarly situated California residents . . . ."). (Compl. ¶ 1.) However, Plaintiff has failed to plead the aggregate number of members in the proposed class. 28 U.S.C. § 1332(d)(5). For the Court to have jurisdiction over this lawsuit, Plaintiff must plead that the total number of members in the proposed class is 100 or more persons. See Serrano, 478 F.3d at 1020.

#### B. DIVERSITY OF CITIZENSHIP

Plaintiff indicates that "during all relevant times, [he] resided in Los Angeles County, State of California." (Compl. ¶ 8.) "[T]he diversity jurisdiction statute, 28 U.S.C. § 1332, speaks of citizenship, not of residency." Kanter v. Warner-Lambert Co., 265 F.3d 853, 857 (9th Cir. 2001) (citing Newman-Green, Inc. v. Alfonzo-Larrain, 490 U.S. 826, 828 (1989)). A person's state of citizenship is "determined by her state of domicile, not her state of residence." Id.; see also Mantin v. Broad. Music, Inc., 244 F.2d 204, 206 (9th Cir. 1957) (allegation that Plaintiff was "residing in the County of Los Angeles, State of California" failed to establish Plaintiff's citizenship and thus diversity jurisdiction did not exist).

Based on Plaintiff's present allegation, the Court cannot determine whether diversity of citizenship exists. To properly invoke this Court's subject matter jurisdiction, Plaintiff must allege his state of citizenship.

### III.
### CONCLUSION

Plaintiff is **ORDERED TO SHOW CAUSE no later than Monday, August 16, 2010**, why this case should not be dismissed for lack of subject matter jurisdiction. A written memorandum addressing the Court's concerns shall constitute a sufficient response to this order. Failure to respond to the Court's order shall be deemed consent to dismissal of this case.

**IT IS SO ORDERED.**